# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KEVIN STEPHENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:16-cv-00056-RK |
| | ) | |
| VERIZON WIRELESS (VAW) LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Plaintiff respectfully requests the Court to dismiss all claims filed against Defendant, WITH PREJUDICE, with each party to bear its own costs.

Respectfully submitted,

**CREDIT LAW CENTER, LLC**

**By: /s/ Andrew M. Esselman**
**Andrew M. Esselman #64837**
**255 NW Blue Parkway, Suite 200**
**Lee's Summit, MO 64068**
**Telephone: 816-994-6200**
**Facsimile: 816-396-6240**
**AndrewE@creditlawcenter.com**

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of March, 2016 a copy of the foregoing was mailed, faxed, e-mailed or hand delivered to the following:

**Thomas DiResta**
Verizon Wireless (VAW) LLC
Thomas.DiResta@VerizonWireless.com

/s/ Andrew M. Esselman
Andrew M. Esselman
Attorney for Plaintiff